FILED

MAR 25 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-19-121-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER EXTENDING REPLY DEADLINE |
| MICHAEL TROY WEBB, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Extend Reply Deadline (Doc. 44), and for good cause appearing,

IT IS HEREBY ORDERED that the deadline to file a reply to government's response to the motion to suppress is extended up to and including **Friday, April 3, 2020.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 24th day of March, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE