IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL TROY WEBB, and<br>KIMBERLY ROSAMOND<br>FANSLAU,<br><br>Defendants. | CR 19-121-BLG-SPW<br><br>ORDER DENYING MOTION<br>FOR FAILURE TO COMPLY<br>WITH LOCAL RULES |

Before the Court is the United States's Motion for Reconsideration. (Doc. 77). Motions to Reconsider are not specifically contemplated by the Federal Rules of Criminal Procedure. The Ninth Circuit has decided therefore that such motions are best governed by adhering to the civil equivalent rules. *United States v. Martin*, 226 F.3d 1042, 1047 n. 7 (9th Cir. 2000). Federal Rule of Criminal Procedure 57(b) states that a district court judge may regulate practice in any manner consistent with federal law, the rules of criminal procedure, and the local rules where there is no controlling law. Local Civil Rule 7.3(a) requires prior leave from the Court before filing a motion for reconsideration. Local Civil Rule 7.3(b) requires that such motions shall be limited to 2,275 words. The Court has determined that Local Rule 7.3 should govern here.

Adherence to this local rule will allow the Court, and the parties, to handle matters more expeditiously. Compliance with the local rule shall be required. The government must obtain leave of the court prior to filing its motion for reconsideration and that motion shall comply with the form and content described in Local Rule 7.3. Accordingly,

IT IS ORDERED that the United States's Motion for Reconsideration (Doc. 77) is DENIED with leave to renew.

DATED this 15th day of January, 2021.

SUSAN P. WATTERS
United States District Judge