# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL TROY WEBB, and<br>KIMBERLY ROSAMOND<br>FANSLAU,<br><br>Defendants. | CR 19-121-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 122) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 27th day of August, 2021.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge

1